Alan Stuart Graf, OSB # 92317
alan@hippielawyer.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAUREEN E. HINSON, | CV 05-6014-JO |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| JO ANNE B. BARNHART<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $3,735.17 for attorney fees to Plaintiff in care of Plaintiff's attorney and mailed to Plaintiff's attorney and costs in the amount of $375.00 in care of Plaintiff's attorney to be mailed to Plaintiff's attorney for a total of $4,110.17.

It is so ORDERED

Dated this 24th day of 2007

_____
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES